UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA JORDAN,<br>　　　　Plaintiff,<br>　　v.<br>RICARDO GUERRERO,<br>　　　　Defendant. | Case No. 17-cv-03005-PJH<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 23 |

Plaintiff Gina Jordan has filed a notice informing this court that the bankruptcy court presiding over defendant Ricardo Guerrero's pending bankruptcy action issued an order pursuant to 11 U.S.C. § 362(d) modifying the automatic stay in this action. Dkt. 23; see also Dkt. 22. Specifically, the bankruptcy court approved a stipulation between Jordan and Guerrero that terminated the automatic stay except with respect to plaintiff's second and tenth causes of action (alleging violations of the False Claims Act and California's unfair business practice statutes, respectively). Dkt. 23, Ex. A; see also Dkt. 1. The second cause of action is the only basis for federal subject matter jurisdiction, as all other claims arise under state statutory or common law. Plaintiff requests that this court set this matter for a case management conference. Dkt. 23 ¶ 7.

The court is not inclined to proceed with this litigation in a piecemeal fashion—moving forward with some claims while others remain automatically stayed pending proceedings in bankruptcy court—particularly where, as here, all of plaintiff's claims concern a common nucleus of alleged facts. Proceeding in such a manner would be a patently inefficient use of court resources.

Therefore, plaintiff is ORDERED TO SHOW CAUSE within 14 days of this order why the court should not enter a discretionary stay as to this entire action, in the interest of judicial efficiency, so long as certain claims are automatically stayed pending proceedings in bankruptcy court. Defendant may file a response within 7 days of the filing of plaintiff's response to this order to show cause.

**IT IS SO ORDERED.**

Dated: November 1, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge